

March 20, 2020

*Michael Deighan*
*Managing Partner*
*Admitted in Michigan*
*David Leibowitz*
*Senior Legal Advisor*
*Admitted in Illinois and Wisconsin*
*Craig Sonnenschein*
*General Counsel*
*Admitted in Illinois*
*Ryan Galloway*
*Associate General Counsel*
*Admitted in Illinois*
*David Menditto*
*Associate General Counsel*
*Admitted in Illinois*
*Jocelyn Galloway*
*Vice President of Compliance*
*Admitted in Illinois*
*Scott Goldstein*
*Partner Attorney*
*Admitted in New Jersey and New York*

**Via CM/ECF**
Hon. Cecelia G. Morris, Chief US Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, NY 10001

        **Re:**     **In Re David Quinn**
                      **Chapter 13 Case No. 19-10470**

Dear Judge Morris:

      This matter is before the Court on a motion for relief from the Co-Debtor stay on March 26, 2020. Having consulted with the Debtor with respect to this matter, the Debtor has no objection to the relief requested as the property for which stay relief is sought is being surrendered in this Chapter 13 matter.

      Please contact me if I can be of further assistance to the Court.

                                              Respectfully,

                                            /s/Scott J. Goldstein

                                            SCOTT J. GOLDSTEIN

Main Office: 79 W. Monroe Street, 5th Floor • Chicago, IL 60603 • Phone (877) 852-3292 • Fax (866) 359-7478
Direct Office (NJ): 280 West Main Street • Denville, NJ 07834 • Phone (97) 453-2838 • Fax (973) 453-2869
Direct Office (NYC): 43 West 43rd Street, Ste 188, New York, NY 10036-7424 (*by appointment only*)
In New York, this firm operates as Law Solutions, Chicago,LLC dba Allen Chern. In New Jersey this firm operates as Allen Chern, LLC